AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Jose Antonio ALVARENGA | )<br>)<br>)<br>)<br>)<br>)  Case No.  3:25-mj-00103 |
| _____<br>*Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ February 26, 2025 _____ in the county of _____ Montgomery _____ in the _____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, USC, s. 1326(a) | previously removed alien found in the United States |

This criminal complaint is based on these facts:

See Attached Affidavit of Ryan Tincher

☑ Continued on the attached sheet.

_____
*Ryan Tincher*
*Complainant's signature*

Ryan Tincher, SA of HSI
*Printed name and title*

Sworn to by reliable electronic means -- namely, telephone.

Date: ___2/27/25_____

_____
Peter B. Silvain, Jr.
United States Magistrate Judge

City and state: _____ Dayton, Ohio _____

**A F F I D A V I T**

I, Ryan Tincher, being duly sworn, do hereby depose and say:

1.      I am a Special Agent (SA) with Homeland Security Investigations (HSI), a component of Immigration and Customs Enforcement (ICE), within the Department of Homeland Security (DHS). In my capacity as a SA with HSI, I received training concerning immigration-related crimes, and I have conducted investigations involving such offenses.

2.      This affidavit is made in support of a criminal complaint and arrest warrant for Jose Antonio ALVARENGA (hereinafter referred to as "ALVARENGA"), charging him with violating Title 8, United States Code, Section 1326(a), Illegal Alien Found in the United States Following Deportation. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from official documents, databases, other law enforcement agents and witnesses.  This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of, or investigation into this matter.

3.      On February 26, 2025, HSI Cincinnati Special Agents (SAs) received information from a US Border Patrol Intelligence Agent that ALVARENGA was illegally present in the United States following a prior deportation.  The information included that ALVARENGA was likely residing at 218 Perry Street, New Lebanon, Ohio (hereinafter "TARGET ADDRESS"). Further, SAs learned that ALVARENGA was the subject of an Interpol "Red Notice" indicating that ALVARENGA is a fugitive from El Salvador for the crime of homicide.

4.      Investigative research in law enforcement databases indicated that both ALVARENGA and April ALVARENGA, his presumed wife, reside at the TARGET ADDRESS. Further, April ALVARENGA currently possesses an Ohio driver's license with the

1

TARGET ADDRESS listed as her residence. April ALVARENGA also maintains a public Facebook social media account under the name "April WEST". A review of this profile displayed photos taken with ALVARENGA that were posted as recent as February 25, 2025.

5.     On February 26, 2025, at approximately 2:30pm, SAs established surveillance at the TARGET ADDRESS. At approximately 2:38pm, SAs observed two unidentified males arrive at the TARGET ADDRESS presumably for the purpose of home repairs. Shortly after their arrival, I positively identified ALVARENGA exit the TARGET ADDRESS's front door and stand on the front porch of the residence. This identification was made after reviewing a photo from ALVARENGA's most recent deportation and photos from April ALVARENGA's Facebook profile. ALVARENGA then made gesturing motions around the front door of the residence, presumably indicating to the unidentified males what needed to be repaired. ALVARENGA then went back into the TARGET ADDRESS and the two unidentified males began using hand tools on the front door frame.

6.     Further, SAs made contact with a New Lebanon Police Officer, who was provided with a picture of ALVARENGA. The Officer stated that. on or about December 12, 2024, he was inside the TARGET ADDRESS during a call for service. The Officer confirmed that April ALVARENGA resides at the TARGET ADDRESS and that, during the call for service, the Officer observed a man fitting ALVARENGA's description inside the residence sitting on the couch.

7.     Based on my training and experience, I know that a DHS "A-File" is a file in which all immigration records are maintained for aliens admitted or found to be illegally present in the United States.   I also know that a DHS A-File usually contains forms, photographs, fingerprints, court records of conviction, and all records relating to deportation or other actions

2

by DHS (or its predecessor agency, INS) with respect to the subject alien for whom the DHS A-File is maintained.  The A-file corresponds with an "A-number", a unique number assigned to foreign nationals as they undergo proceedings through the United States immigration system. ALVARENGA's A-file is maintained under A-number ending in 449. I know that in addition to A-files, DHS utilizes numerous databases and indices to store immigration related information that correlates with documents found in the A-file.

8.      On February 26, 2025, I reviewed the above mentioned databases, and determined the following:

a.      ALVARENGA is a citizen of El Salvador.

b.      On or about May 9, 2012, ALVARENGA was ordered removed from the United States by an Immigration Judge. ALVARENGA was then officially removed and deported from the United States on or about August 10, 2012, at or near New Orleans, Louisiana.

9.      I also reviewed DHS Indices that track lawful entries into the United States. Those indices indicated that ALVARENGA had not lawfully entered the United States, nor had he applied for nor obtained permission from the Attorney General of the United States or her designated successor or the Secretary of Homeland Security, to re-enter the United States legally since ALVARENGA had last been deported.  I therefore conclude that ALVARENGA is a previously removed alien who is currently unlawfully in the United States.

10.     Based on the foregoing facts, there is probable cause to believe that

ALVARENGA has violated Title 8, United States Code, Section 1326(a): Illegal Alien Found in

the United States Following Deportation.

_____
Ryan Tincher
Special Agent – HSI


Subscribed and sworn to before me on this  27th  day of February,
2025.

_____
Peter B. Silvain, Jr.
United States Magistrate Judge

4